478 A.2d 81

Commonwealth v. Tomasek, Appellant.
Petition for Allowance of Appeal
Denied Oct. 2, 1984.

Argued
February 28, 1984.   Peter U. Hook, for appellant; Ralph C. Warman, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.

478 A.2d 81

Commonwealth v. Trotman, Appellant.
Petition for Allowance of Appeal
Denied Oct. 3, 1984.

Submitted
November 28, 1983.   Daniel Trotman, appellant, in propria persona; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.